**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6786**

ANTHONY JOHNSON,

                    Plaintiff – Appellant,

          v.

G. SINDY, in his individual capacity; R. RODERICK, in his
individual capacity; DR. JACK CUNNING, in his individual
capacity,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Deborah K. Chasanow, Senior District
Judge.  (8:14-cv-01188-DKC)

Submitted:  October 16, 2014        Decided:  October 20, 2014

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Johnson appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Sindy, No. 8:14-cv-01188-DKC (D. Md. Apr. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2